# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147824

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                     SC: 147824
                                     COA: 313181
                                     Genesee CC: 04-013587-FC

COURTNEY DEANDRE WILLIAMS,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 13, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014

Clerk

s0127